R. Timothy McCrum (*pro hac vice*; DC Bar No. 389061)
J. Michael Klise (*pro hac vice*; DC Bar No. 412420)
Thomas R. Lundquist (*pro hac vice*; DC Bar No. 968123)
CROWELL & MORING LLP
1001 Pennsylvania Ave., N.W.
Washington, D.C. 20004-2595
Phone:  202-624-2500
Facsimile:  202-628-5116

Attorneys for Plaintiff National Mining Association

Susan M. Mathiascheck (*pro hac vice*; DC Bar No. 426764)
John C. Martin (*pro hac vice*; DC Bar No.  358679)
Amy B. Chasanov (*pro hac vice*; D.C. Bar No. 468779)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C.  20004-2595
Phone:  202-624-2500
Facsimile:  202-628-5116

Attorneys for Plaintiff Nuclear Energy Institute

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| **National Mining Association; and Nuclear Energy Institute,**<br><br>　　　　**Plaintiffs,**<br><br>　　　v.<br><br>**Ken Salazar, in his official capacity as Secretary of the U.S. Department of the Interior,** *et al.***,**<br><br>　　　　**Defendants.** | **Civil No. 3:12-cv-08038-GMS**<br><br>**STIPULATION AS TO AMENDED COMPLAINT AND FEDERAL DEFENDANTS' MOTION TO DISMISS** |

The National Mining Association ("NMA") and Nuclear Energy Institute ("NEI") (collectively, "Plaintiffs") and Federal Defendants, having conferred, agree and stipulate as follows with respect to further proceedings on Plaintiffs' Amended Complaint for Declaratory and Injunctive Relief ("Amended Complaint") [Dkt. 56], and Federal Defendants' pending Motion to Dismiss [Dkt. 39]:

1. Plaintiffs and Federal Defendants disagree as to the timeliness of Plaintiffs' Amended Complaint. Federal Defendants have argued that Plaintiffs' Amended Complaint was not timely filed under Fed. R. Civ. P. 15(a)(1) because the 21-day period for filing under this provision commenced on May 25, 2012 (when Federal Defendants contend they served the Motion to Dismiss) and expired on June 18, 2012, more than a week before Plaintiffs filed their Amended Complaint on June 26, 2012. *See* Federal Defendants' Opposition to Motion for Leave to Intervene by Vane Minerals (US) LLC, *National Mining Ass'n v. Salazar*, No. 3:12-cv-08038-GMS, at 1-2 (D. Ariz., filed June 29, 2012) [Dkt. 57]. Plaintiffs, on the other hand, believe that, under Fed. R. Civ. P. 15(a)(1)(B) and Sections II.D.2 and II.H of this Court's Electronic Case Filing Administrative Policies and Procedures Manual, the Amended Complaint was timely filed "as a matter of course." Specifically, Plaintiffs believe the allotted time for filing an amended complaint began running on June 5, 2012, when, in response to this Court's order to "file the lodged proposed Motion to Dismiss (Doc. 39)," the Clerk filed the motion and electronically served it on the parties. *See* Order, *National Mining Ass'n v. Salazar*, No. 3:12-cv-08038-GMS, at 1-2 (D. Ariz., June 5, 2012) [Dkt. 51]; *id*. Dkt. 52 (Clerk's entry noting filing of lodged Motion to Dismiss).

2. To preserve this Court's resources and avoid unnecessary motion practice, Plaintiffs and Federal Defendants have conferred and have agreed to propose this new briefing schedule for Federal Defendants' motion to dismiss. Further, Federal Defendants consent to the filing of the Amended Complaint without resolution of whether the Amended Complaint was properly filed under Fed. R. Civ. P. 15(a)(1)(B). Neither Plaintiffs nor Federal Defendants concede their positions on this procedural

1  point.

2      3.    Plaintiffs and Federal Defendants hereby stipulate, subject to the Court's approval, that Federal Defendants may file a brief supplementing their previously filed motion to dismiss to address, among other things, new claims for relief and new standing allegations appearing in the Amended Complaint. Plaintiffs may oppose the motion, as supplemented, and Federal Defendants would then have an opportunity to file a reply brief in support of the motion.

    4.    Plaintiffs and Federal Defendants hereby stipulate to the following schedule in regard to the pending motion to dismiss:

| | |
|---|---|
| Federal Defendants' Brief Supplementing their Motion to Dismiss: | Aug. 10, 2012 |
| Plaintiffs' Opposition to the Motion to Dismiss, as supplemented: | Sept. 7, 2012 |
| Federal Defendants' Reply: | Sept. 21, 2012 |

A proposed order accompanies this Stipulation.


Respectfully submitted,

*/s/ J. Michael Klise*
Of Counsel:                          R. Timothy McCrum
                                     J. Michael Klise
Katie Sweeney                        Thomas R. Lundquist
NATIONAL MINING ASSOCIATION          CROWELL & MORING LLP
101 Constitution Avenue, N.W.        1001 Pennsylvania Avenue, N.W.
Suite 500 East                       Washington, D.C.  20004-2595
Washington, DC  20001                (202) 624-2500
(202) 463-2600

ATTORNEYS FOR PLAINTIFF NATIONAL MINING ASSOCIATION

*/s/ John C. Martin* (with permission)
Of Counsel:                          John C. Martin
                                     Susan M. Mathiascheck
Ellen Ginsberg                       Amy B. Chasanov
NUCLEAR ENERGY INSTITUTE             CROWELL & MORING LLP
1776 I Street, N.W., Suite 400       1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20006               Washington, D.C.  20004-2595
(202) 739-8000                       (202) 624-2500

ATTORNEYS FOR PLAINTIFF NUCLEAR ENERGY INSTITUTE

*/s/ Dominika Tarczynska* (with permission)
Dominika Tarczynska, Trial Attorney
John S. Most, Trial Attorney
U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 7611
Washington, D.C. 20044-7611
(202) 305-0447 (Tarczynska)
(202) 616-3353 (Most)

ATTORNEYS FOR FEDERAL DEFENDANTS

Dated: July 10, 2012

**CERTIFICATE OF SERVICE**

    I hereby certify that I have caused the foregoing Stipulation and accompanying Proposed Order to be served upon counsel of record through the Court's electronic service system (ECF/CM).

Dated: July 10, 2012

                                      */s/ J. Michael Klise*
                                      J. Michael Klise
                                      CROWELL & MORING LLP
                                      1001 Pennsylvania Avenue, N.W.
                                      Washington, D.C.  20004-2595
                                      (202) 624-2500